*Paul Koch* for petitioner.   *Messrs. Samuel Kaufman* and *Henry Epstein* for respondent.

No. 174.   LUCKENBACH STEAMSHIP CO., INC. ET AL. *v.* MIDDLETON, ADMINISTRATOR, ET AL.   October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. William H. McGrann* for petitioners.   *Messrs. Joseph W. Henderson, John W. Crandall,* and *Thomas F. Mount* for respondents.

No. 175.   NATIONAL BOX CO. *v.* McKINLEY, TRUSTEE IN BANKRUPTCY.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. John M. Lee* for petitioner.   *Mr. Nathan William MacChesney* for respondent.

No. 232.   REDMAN *v.* BALTIMORE & CAROLINA LINE, INC.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Frederick R. Graves* for petitioner.   *Mr. George Whitefield Betts, Jr.,* for respondent.

No. 179.   HOWARD, TRUSTEE IN BANKRUPTCY, *v.* CHICAGO GRAVEL CO.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. Abram N. Pritzker* for petitioner.   *Messrs. Kemper K. Knapp* and *Harry I. Allen* for respondent.